ROSA S. STODDER, Respondent, *v.* THE NEW YORK, LAKE ERIE
     AND WESTERN RAILROAD COMPANY, Appellant.

(Argued March 18, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 4, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Charles Steele* for appellant.

*Henry Thompson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.